**Order entered November 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01195-CV

### IN RE KINGMAN HOLDINGS, L.L.C., Relator

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02434-2014**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of

mandamus. We **ORDER** each party to bear its own costs of this original proceeding.


/s/     DOUGLAS S. LANG
        JUSTICE